# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUAN BERRIO HERNANDEZ )<br>*Plaintiff* )<br>v. )<br>BROOKSTONE DEVELOPERS LLC, et ano. )<br>*Defendant* ) | Case No. 22-cv-06475 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant SKM Carpentry & Remodeling LLC

Date: 02/15/2023

*Attorney's signature*

David S. Feather; DSF1832
*Printed name and bar number*

Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Address*

DFeather@FeatherLawFirm.com
*E-mail address*

(516) 745-9000
*Telephone number*

(516) 908-3930
*FAX number*